JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MAURICE MCDOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>SGT. CAMPOS, et al.,<br><br>    Defendants. | Case No. 2:23-cv-08680-SB-AJR<br><br>FINAL JUDGMENT |

   For the reasons set forth in the accompanying Order Accepting, As Modified, the U.S. Magistrate Judge's Findings, Conclusions, and Recommendations, this action is dismissed with prejudice.

Date: May 30, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge